**United States Bankruptcy Court**
**District of Puerto Rico, San Juan Division**

IN RE:                                                              Case No. _____

**PEREZ DE JESUS, IVETTE**                        Chapter **13**
                              Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **5/24/2016**                 ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION         Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | x | = $ |
|---|---|---|
| 650.00 | 16 | 10,400.00 |
| 782.00 | 44 | 34,408.00 |
| | | |
| | | |
| | | |

TOTAL: $ **44,808.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **44,808.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,768.00**

Signed: **/s/ IVETTE PEREZ DE JESUS**
         Debtor

_____
         Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **Firstbank Puerto Ric** Cr. _____ Cr. _____
# **4160000217909** # _____ # _____
$ **31,602.00** $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**AEELA**
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**Firstbank Puerto Ric**     **Sistema de Retiro El**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**"Tax refunds will be devoted each year, as periodic payments, to the Plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. the debtor (s) shall seek court's authorization prior any use of funds.**

Attorney for Debtor **RFigueroa Carrasquillo Law Office PSC**      Phone: **(787) 744-7699**

**CHAPTER 13 PAYMENT PLAN**

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)