IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 16-04096 BKT |
| IVETTE PEREZ DE JESUS | * | CHAPTER 13 |
| DEBTOR | * | |

**NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN
AND CERTIFICATE OF SERVICE**

TO THE HONORABLE COURT:

COMES NOW, **IVETTE PEREZ DE JESUS,** debtor in the above captioned case, through the undersigned attorney and very respectfully states and prays as follows:

1. The debtor is hereby submitting an amended Chapter 13 Plan, dated February 13, 2017, herewith and attached to this motion.

2. The Plan is amended provide for post-petition present value interest (7.95%) to secured claim First Bank (POC #3-2) and increase the proposed Plan base to $57,860.00 in order to cure the "insufficiently funded" issue raised by the Chapter 13 Trustee in the *Trustee's Objection to Proposed Plan Confirmation Under Section 1325*, docket entry #30, and First Bank's *Objection to Confirmation* docket entry #20, filed in above captioned case.

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent regular mail to the debtors and to all creditors and parties in interest appearing on the master address list, hereby attached.

**NOTICE**
You are notified that within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has
been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

Page -2 –
**Notice of Amended Chapter 13 Plan**
Case no. 16-04096 BKT13

      RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 13th day of February, 2017.

      */s/Roberto Figueroa Carrasquillo*
USDC #203614
**RFIGUEROA CARRASQUILLO LAW OFFICE PSC**
ATTORNEY FOR PETITIONER/DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

**United States Bankruptcy Court**
**District of Puerto Rico, San Juan Division**

IN RE:                                                                                         Case No. **3:16-bk-4096**

**PEREZ DE JESUS, IVETTE**                                                          Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____    ☑ AMENDED PLAN DATED: **2/13/2017**
☐ PRE ☐ POST-CONFIRMATION    Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | 650.00 | x | 16 | = $ | 10,400.00 |
| $ | 915.00 | x | 8 | = $ | 7,320.00 |
| $ | 1,115.00 | x | 36 | = $ | 40,140.00 |
| $ | | x | | = $ | |
| $ | | x | | = $ | |

TOTAL: $ **57,860.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____

☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **57,860.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,768.00**

Signed: **/s/ IVETTE PEREZ DE JESUS**
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
   Cr. **Firstbank POC#01**    Cr. _____    Cr. _____
   # **x4473 POC 01-1**    #    #
   $ **1,539.87**    $    $
2. ☑ Trustee pays IN FULL Secured Claims:
   Cr. **Firstbank Puerto Ric**   Cr. _____   Cr. _____
   # **4160000217909**    #    #
   $ **46,986.78**    $    $
3. ☐ Trustee pays VALUE OF COLLATERAL:
   Cr. _____    Cr. _____    Cr. _____
   #    #    #
   $    $    $
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
   **AEELA**
5. ☐ Other: _____

6. ☑ Debtor otherwise maintains regular payments directly to:
   **Sistema de Retiro El    Firstbank POC#01**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
           ☐ Paid 100% / ☐ Other: _____
   Cr. _____    Cr. _____    Cr. _____
   #    #    #
   $    $    $
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
"Tax refunds will be devoted each year, as periodic payments, to the Plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. the debtor (s) shall seek court's authorization prior any use of funds.
* First Bank PR secured claim POC #3-1, this mortgage loan matured in May/2016, thus, 11 USC Section 1322(c) applies; the debtor proposes to pay through the Trustee the claim's full principal balance ($31,602.10) plus interest (present value) at a contractual rate of 7.95% ($13,131.75) plus expenses ($2,252.93) for a total sum of $46,986.78.

Attorney for Debtor **RFigueroa Carrasquillo Law Office PSC**            Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

© 2017 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 16-04096-BKT13<br>District of Puerto Rico<br>Old San Juan<br>Mon Feb 13 11:28:07 AST 2017 | FIRST BANK PUERTO RICO<br>MARTINEZ & TORRES LAW OFFICES, P.S.C.<br>PO BOX 192938<br>SAN JUAN, PR 00919-3409 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| AEELA<br>PO Box 364508<br>San Juan, PR 00936-4508 | Asoc Emp Ela<br>PO Box 364508<br>San Juan, PR 00936-4508 | Dsnb Macys<br>9111 Duke Blvd<br>Mason, OH 45040-8999 |
| FIRSTBANK PUERTO RICO<br>BANKRUPTCY DIVISION 475<br>PO BOX 9146<br>SAN JUAN PR 00908-0146 | Firstbank Puerto Rico<br>PO Box 11856<br>San Juan, PR 00910-3856 | Firstbank Puerto Rico<br>PO Box 9146<br>San Juan, PR 00908-0146 |
| MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI 48090-2011 | Portfolio Recovery Ass<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4952 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Sistema de Retiro ELA<br>PO Box 42003<br>San Juan, PR 00940-2203 | Syncb/Sams Club<br>4125 Windward Plz<br>Alpharetta, GA 30005-8738 | World Financial Network Bank<br>277 Park Ave<br>New York, NY 10172-0003 |
| IVETTE PEREZ DE JESUS<br>NEW CENTER PLAZA 210 C JOSE OLIVER 510<br>SAN JUAN, PR 00918 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
PO Box 12914
Norfolk, VA 23541-0914

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)FIRST BANK PUERTO RICO              End of Label Matrix
MARTINEZ & TORRES LAW OFFICES, P.S.C   Mailable recipients   18
PO. BOX 192938                         Bypassed recipients    1
SAN JUAN, PR 00919-3409                Total                 19
```