United States Bankruptcy Court
District of Puerto Rico

In re:                                                                                  Case No. 16-04096-BKT
IVETTE PEREZ DE JESUS                                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0104-3          User: machargoa              Page 1 of 1              Date Rcvd: Feb 21, 2017
                              Form ID: pdf001              Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2017.
db              IVETTE PEREZ DE JESUS,    NEW CENTER PLAZA 210 C JOSE OLIVER 510,    SAN JUAN, PR  00918
smg             FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR  00902-0192
smg             PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE,    12 FLOOR,
                SAN JUAN, PR  00918
4298523         AEELA,    PO Box 364508,    San Juan, PR  00936-4508
4298524         Asoc Emp Ela,    PO Box 364508,    San Juan, PR  00936-4508
4298525         Dsnb Macys,    9111 Duke Blvd,    Mason, OH  45040-8999
4401421        +FIRST BANK PUERTO RICO,    MARTINEZ & TORRES LAW OFFICES, P.S.C,    PO. BOX 192938,
                SAN JUAN, PR  00919-3409
4298527         Firstbank Puerto Rico,    PO Box 11856,   San Juan, PR  00910-3856
4332706        +MIDLAND FUNDING LLC,    PO BOX 2011,    WARREN, MI 48090-2011
4298530         Sistema de Retiro ELA,    PO Box 42003,    San Juan, PR  00940-2203
4298532         World Financial Network Bank,    277 Park Ave,    New York, NY  10172-0003
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@hacienda.pr.gov Feb 21 2017 19:16:39     DEPARTAMENTO DE HACIENDA,
                PO BOX 9024140,    OFICINA 424-B,    SAN JUAN, PR  00902-4140
smg             E-mail/Text: ustpregion21.hr.ecf@usdoj.gov Feb 21 2017 19:15:27      US TRUSTEE,
                EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN, PR  00901-1922
4337952         E-mail/Text: laura.velez@firstbankpr.com Feb 21 2017 19:14:57      FIRSTBANK PUERTO RICO,
                BANKRUPTCY DIVISION 475,    PO BOX 9146,    SAN JUAN PR 00908-0146
4298526         E-mail/Text: laura.velez@firstbankpr.com Feb 21 2017 19:14:57      Firstbank Puerto Rico,
                PO Box 9146,    San Juan, PR  00908-0146
4298529         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 21 2017 19:14:30
                 Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk, VA  23541-0914
4298528        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 21 2017 19:14:39
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
4298531         E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2017 19:07:26      Syncb/Sams Club,
                4125 Windward Plz,    Alpharetta, GA  30005-8738
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +FIRST BANK PUERTO RICO,    MARTINEZ & TORRES LAW OFFICES, P.S.C.,    PO BOX 192938,
                SAN JUAN, PR 00919-3409
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2017 at the address(es) listed below:
              JOSE RAMON CARRION MORALES    newecfmail@ch13-pr.com
              MONSITA  LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
              PATRICIA I VARELA    on behalf of Creditor    FIRST BANK PUERTO RICO pvarela@martineztorreslaw.com,
               mbaldera@martineztorreslaw.com;vtorres@martineztorreslaw.com;ezdocsatty1@gmail.com;rmelendez@mart
               ineztorreslaw.com;ecruz@martineztorreslaw.com;svega@martineztorreslaw.com;jrico@martineztorreslaw
               .com
              ROBERTO  FIGUEROA CARRASQUILLO    on behalf of Debtor IVETTE  PEREZ DE JESUS cmecf@rfclawpr.com,
               cmecf.rfclawpr@gmail.com
              SARAH M VEGA BONILLA    on behalf of Creditor    FIRST BANK PUERTO RICO svega@martineztorreslaw.com,
               mbaldera@martineztorreslaw.com;vtorres@martineztorreslaw.com;ezdocsatty1@gmail.com;rmelendez@mart
               ineztorreslaw.com;ecruz@martineztorreslaw.com;pvarela@martineztorreslaw.com;jrico@martineztorresl
               aw.com
                                                                                             TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

### Hearing Information:

**Debtor**: IVETTE PEREZ DE JESUS
**Case Number**: 16-04096-BKT13  **Chapter:** 13
**Date / Time / Room**: 02/16/2017 09:00 am
**Bankruptcy Judge**: BRIAN K. TESTER
**Courtroom Clerk**: AIDA MACHARGO
**Reporter / ECR**:  JOSE ROMO

### Matter:

Confirmation Hearing

### Appearances:

ALEXANDRA RODRIGUEZ FOR JOSE RAMON CARRION MORALES, CHAPTER 13 TRUSTEE
ROBERTO  FIGUEROA CARRASQUILLO FOR DEBTOR

### Proceedings:

**ORDER:**

The amended plan dated 2/13/2017 (docket #31) will be confirmed without need of hearing if no objections are filed within fourteen (14) days from the date this plan was filed.  Otherwise, a new confirmation hearing will be scheduled.

SO ORDERED.

/S/BRIAN K. TESTER
U.S. Bankruptcy Judge