IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | * |
| IVETTE PEREZ DE JESUS | * CASE NO. 16-04096 BKT |
| Debtor(s) | * CHAPTER 13 |
| -------------------------------- | |
| FIRST BANK PUERTO RICO | * INDEX |
| Movant | * |
| IVETTE PEREZ DE JESUS, | * |
| JOSE RAMON CARRION MORALES, CHAPTER 13 TRUSTEE TRUSTEE | * |
| Respondent (s) | * |

### DEBTOR'S RESPONSE TO
### *MOTION FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. 362*
### DOCKET NO. 42

TO THE HONORABLE COURT:

**NOW COMES, IVETTE PEREZ DE JESUS**, the Debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. On March 22, 2019, First Bank Puerto Rico ("First Bank") filed a motion requesting that stay be lifted in the present bankruptcy case, Docket No. 42, basically alleging that the Debtor is in arrears in the post-petition direct mortgage loan payments to said creditor in the sum of $2,376.89, including late charges, legal fees and costs for the present Index.

2. The Debtor respectfully states that the Debtor made recent payments to the mortgage loan with First Bank, however, the same were applied to previous months in arrears and that it appears that the Debtor owes First Bank mortgage loan payments

Page – 2 –
**Debtor's Response to §362 Motion**
**Case No. 16-04096 BKT13**

corresponding to the months of February, March and now April/2019.

3. The Debtor respectfully states that the Debtor paid (attached is evidence of payments) the recent following direct post-petition mortgage loan payments to First Bank:

| | |
|---|---|
| ---December 05, 2018 | $458.54 |
| ---January 12, 2019 | $458.54 |
| ---February 21, 2019 | $458.54 |
| ---March 23, 2019 | $458.54 |

4. That on April 01, 2019 the Debtor requested First Bank to issue an "account history report" in order to determine where and how were the abovementioned mortgage loan payments credited to the Debtor's mortgage loan account with First Bank.

5. Notwithstanding, on April 01, 2019, the Debtor paid First Bank the following payments:

| | |
|---|---|
| ---April 01, 2019 | $458.54 |
| ---April 01, 2019 | $458.54 |
| Total paid: | $917.08 (attached is evidence of payments). |

6. That the sum of $2,376.89 claimed by First Bank in its 362 motion for post-petition arrears was reduced by the aforestated 04/01/2019 payments ($917.08) and that the Debtor proposes to pay the balance owed to First Bank, pending the application of the above described post-petition payments made in December/2018, January/February and March/2019, within the next forty-five (45) days.

Page – 3 –
Debtor's Response to §362 Motion
Case No. 16-04096 BKT13

7. Therefore, the Debtor respectfully requests this Court grant the Debtor an
extension of time within to cure the aforementioned balance on the post-petition mortgage
loan arrears of forty-five (45) days. This extension of time to expire on May 20, 2019.

**WHEREFORE**, the Debtor respectfully requests from this Honorable Court to grant
the present response, grant the requested extension of time within to pay the balance on
the post-petition mortgage loan arrears, and upon informing the Court of said payment,
deny First Bank's motion requesting relief from the automatic stay, Docket No. 42, in the
above captioned case.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of
the Court using the CM/ECF filing system, which will send notification of same to: the
Chapter 13 Trustee, Jose Ramon Carrion Morales, Esq.; Patricia I. Varela Harrison, Esq.,
*Martinez & Torres Law Offices, PSC*, Counsel for First Bank PR; I also certify that a copy of
this motion was sent via regular mail to the Debtor/Respondent Ivette Perez De Jesus,
New Center Plaza 210 Jose OLivera 510 San Juan PR 00918.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, 3rd day of April, 2018.

> ***/s/Roberto Figueroa Carrasquillo***
> USDC #203614
> RFIGUEROA CARRASQUILLO LAW OFFICE PSC
> ATTORNEY FOR DEBTOR/RESPONDENT
> PO BOX 186 CAGUAS PR 00726-0186
> TEL NO 787-744-7699 FAX NO 787-746-5294
> Email: rfigueroa@rfclawpr.com

```
>
 Date        Time  Transaction
12/04/2018  14:57:00    0124
ML Payment
0000154473              $456.54


Effective Date:

Detail:
  CASH              $0.00
  CHECK             $0.00
  XFER            $458.54
    SOF  37 - 3701867499
  FWD               $0.00
  OUT               $0.00

Thank you,

CRISTIAN - 09479
Conozca los Beneficios de la
Cuenta que le Paga por Ser
Cliente.
Gracias por su Visita.
        FirstBank

    4 - CAGUAS III
```

```
>
 Date           Time Transaction
01/12/2019    12:22:36    0092
ML Payment
0000154473
                      $458.54

Effective Date:

Detail:
  CASH
  CHECK             $0.00
  XFER              $0.00
    SOF  037 - 3701867499   $458.54
  FWD               $0.00
  OUT               $0.00

Thank you,

FRANCHESKA - 09479
Conozca los Beneficios de la
Cuenta que le Paga por Ser
Cliente.
Gracias por su Visita.
        FirstBank

    42 - LAS CATALINAS
```

```
>
 Date        Time Transaction
02/21/2019  09:52:35    0018
ML Payment
0000154473              $458.54


Effective Date:   02/21/2019

Detail:
  CASH              $0.00
  CHECK             $0.00
  XFER            $458.54
    SOF  37 - 3701867499
  FWD               $0.00
  OUT               $0.00

Thank you,

JENNIFER - 06036
Conozca los Beneficios de la
Cuenta que le Paga por Ser
Cliente.
Gracias por su Visita.
        FirstBank

    804 - LAS CATALINAS II
```

```
>
 Date        Time  Transaction
03/23/2019  09:51:54    0050
ML Payment
0000154473              $11.13


Effective Date:   03/23/2019

Detail:
  CASH              $0.00
  CHECK             $0.00
  XFER              $0.00
    SOF  -
  FWD              $11.13
  OUT               $0.00

Thank you,

LAURIE - 09438
Conozca los Beneficios de la
Cuenta que le Paga por Ser
Cliente.
Gracias por su Visita.
        FirstBank

    37 - CAGUAS III
```

```
 Date        Time  Transaction
3/23/2019   09:51:08    0048
L Payment
0000154473              $447.41

Effective Date:

Detail:
  CASH              $0.00
  CHECK             $0.00
  XFER            $158.54
    SOF  037 - 3701867499
  FWD               $0.00
  OUT               $0.00

Thank you,

LAURIE - 09438
Conozca los Beneficios de la
Cuenta que le Paga por Ser
Cliente.
Gracias por su Visita.
        FirstBank

    37 - CAGUAS III
```

```
  Date        Time  Transaction
04/01/2019  15:35:25      0361
ML Payment
  0000154473              $458.54


Effective Date:   03/30/2019

Detail:
  CASH                    $0.00
  CHECK                   $0.00
  XFER                    $0.00
   SOF   -
  FWD                   $461.54
  OUT                     $3.00
```

Thank you,

JENNIFER - 09473
Conozca los Beneficios de la
Cuenta que le Paga por Ser
Cliente.
Gracias por su Visita.
              FirstBank

        42 - LAS CATALINAS

```
    Date        Time Transaction
04/01/2019  15:35:07      0360
ML Payment
  0000154473            $458.54


Effective Date:    03/30/2019

Detail:
  CASH                 $920.08
  CHECK                 $0.00
  XFER                  $0.00
   SOF   -
  FWD                   $0.00
  OUT                   $0.00
```

Thank you,

JENNIFER - 09473
Conozca los Beneficios de la
Cuenta que le Paga por Ser
Cliente.
Gracias por su Visita.
           FirstBank

     42 - LAS CATALINAS