53429
4473

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF: | CASE NO: 16-04096-BKT |
| **IVETTE PEREZ DE JESUS** | CHAPTER: 13 |
| **Debtors** | |
| **First Bank Puerto Rico**<br>Movant | |
| IVETTE PEREZ DE JESUS | |
| *Debtors-Respondents* | |
| José Ramón Carrión Morales<br>*Trustee* | |

**MOTION REQUESTING CONTINUANCE OF HEARING**

TO THE HONORABLE COURT

COMES NOW **First Bank Puerto Rico**, hereinafter referred to as Firstbank, through the undersigned counsel, and very respectfully alleges and requests:

1. On March 22, 2019, Firstbank filed a Motion for Relief from Stay on the grounds that the Debtor had accumulated post-petition arrears with Firstbank and as such had failed to comply with the provisions of the plan (the "Motion"). [Refer to Docket Entry Number 42].

2. The preliminary hearing on the Motion is scheduled for 4/16/2019 (the "Hearing"). [Refer to Docket Entry Number 42].

3. Settlement conversations by and between Debtor and Firstbank are currently underway.

Case No. 16-04096-BKT
*Motion Requesting Final Hearing*

4. It appears that Firstbank has received partial payments from Debtor. The undersigned is awaiting information as to the amount pending to be cured in order to inform Debtor's counsel and finalize settlement conversations.

5. Firstbank respectfully requests that a final hearing be scheduled in the above referenced case in order for parties to have additional time to finalize settlement conversations.

6. Therefore, Firstbank requests that the Hearing be continued.

7. Firstbank hereby waives the determination period.

**WHEREFORE**, Firstbank requests that the remedies sought in this motion be granted and that the parties and their attorneys be excused from appearing at the Hearing.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **the Trustee José Ramón Carrión Morales** and **to the debtor's attorney, Roberto Figueroa Carrasquillo**.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico this 15th day of April, 2019.

**MARTINEZ & TORRES LAW OFFICES, P.S.C.**
P.O. Box 192938 San Juan, PR 00919-2938
Tel. (787) 767-8244 & Fax (787) 767-1183

*/s/ Sarah M. Vega Bonilla*
By: Sarah M. Vega Bonilla
USDC -PR 303503
Email: svega@martineztorreslaw.com