| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | **IVETTE PEREZ DE JESUS** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: _____ District of Puerto Rico | |
| Case number | **16-04096-BKT 13** |

Official Form 410S1

# Notice of Mortgage Payment Change           12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** First Bank Puerto Rico

**Last 4 digits** of any number you use to identify the debtor's debtor's account: **4473**

**Court claim no.** (if known): **1-1**

**Date of payment change:** **08/01/2019**
Must be at least 21 days after date of this notice

**New total payment:** **$481.00**
Principal, interest, and escrow, if any

### Part 1:  Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: **$33.07**       New escrow payment: **$49.47**

### Part 2:  Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%       New interest rate: _____%

   Current principal and interest payment: $_____       New principal and interest payment: $_____

### Part 3:  Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   ☐ No
   ☑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: **OVER/SHORT SPREAD $17.19**

   Current mortgage payment: **$447.41**       New mortgage payment: **$481.00**

| Debtor 1 | IVETTE PEREZ DE JESUS | | | Case number *(if known)* 16-04096-BKT 13 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Patricia I. Varela Harrison                             Date  June 5, 2019

Signature

                                                                                         Title  Attorney

Print:    Patricia I. Varela Harrison
          First Name        Middle Name        Last Name

Company   **MARTINEZ & TORRES LAW OFFICES, P.S.C.**

Address   P.O. Box 192938
          Number           Street

          San Juan, PR 00919-2938
          City                State       ZIP Code

Contact phone   787-767-8244            Email  pvarela@martineztorreslaw.com

```
IVETTE PEREZ-DE-JESUS                    4473
COND CONDADO MODERNO
L9 CALLE 11
CAGUAS              PR 00725
```

ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

ACCOUNT HISTORY

THIS IS A STATEMENT OF ACTUAL ACTIVITY IN YOUR ESCROW ACCOUNT FROM
07/01/18 THROUGH 07/31/19.
    YOUR    MONTHLY    MORTGAGE PAYMENT FOR THE PAST YEAR WAS
           447.41 OF WHICH         414.34 WAS FOR PRINCIPAL AND INTEREST
    AND      33.07 WENT INTO YOUR ESCROW ACCOUNT.

| MO  | PROJ ESCROW DEPOSIT | ACTUAL ESCROW DEPOSIT | PROJ ESCROW PAYMENTS | DESCRIPTION | ACTUAL ESCROW PAYMENTS | PROJ ESCROW BALANCE | ACTUAL ESCROW BALANCE |
|-----|--------|----------|--------|------------|---------|--------|---------|
| STARTING BALANCE | | | | | | 198.36 | 256.87 |
| JUL | 33.07 | 46.96 * | | | | 231.43 | 303.83 |
| AUG | 33.07 | * | | | | 264.50 | 303.83 |
| SEP | 33.07 | 66.14 * | | | | 297.57 | 369.97 |
| OCT | 33.07 | * | | | | 330.64 | 369.97 |
| NOV | 33.07 | 33.07 | | | | 363.71 | 403.04 |
| DEC | 33.07 | 33.07 | 396.78 | HAZARD INS | * | .00 | 436.11 |
| JAN | 33.07 | 33.07 | | HAZARD INS | 593.67* | 33.07 | 124.49- |
| FEB | 33.07 | 33.07 | | | | 66.14 | 91.42- |
| MAR | 33.07 | 33.07 | | | | 99.21 | 58.35- |
| APR | 33.07 | 99.21 * | | | | 132.28 | 40.86 |
| MAY | 33.07 | 33.07 | | | | 165.35 | 73.93 |
| JUN | 33.07 | 33.07 Y | | | Y | 198.42 | 107.00 |
| JUL |       | 33.07 *Y | | | Y | 198.42 | 140.07 |

```
        LAST YEAR, WE ANTICIPATED THAT PAYMENTS FROM YOUR ACCOUNT WOULD BE
        MADE DURING THIS PERIOD EQUALING          396.78. UNDER FEDERAL LAW,
        YOUR LOWEST MONTHLY BALANCE SHOULD NOT HAVE EXCEEDED          66.14
        (NO MORE THAN TWICE LAST YEARS PROJECTED MONTHLY ESCROW PAYMENT),
        UNLESS YOUR MORTGAGE CONTRACT OR STATE LAW SPECIFIES A LOWER AMOUNT.
        UNDER YOUR MORTGAGE CONTRACT AND STATE LAW, YOUR LOWEST MONTHLY
        BALANCE SHOULD NOT HAVE EXCEEDED                  .00.

        AN ASTERISK (*) INDICATES A DIFFERENCE FROM A PREVIOUS ESTIMATE
        EITHER IN THE DATE OR THE AMOUNT. IF YOU WANT A FURTHER EXPLANATION,
        PLEASE CALL OUR TOLL-FREE NUMBER.

                                   ACCOUNT PROJECTION

        HAZARD INS             :         593.67
        ------------------------------------------
        ANNUAL DISBURSEMENTS   :         593.67
                 593.67 / 12 =            49.47 ESCROW PAYMENT

      PAYMENTS      PAYMENTS                        CURRENT BAL     REQUIRED BAL
 MO      TO          FROM      DESCRIPTION          PROJECTION      PROJECTION
 BALANCE AS OF 07/31/19..........................       140.07           346.32
 AUG     49.47                                          189.54           395.79
 SEP     49.47                                          239.01           445.26
 OCT     49.47                                          288.48           494.73
 NOV     49.47                                          337.95           544.20
 DEC     49.47       593.67    HAZARD INS               206.25-             .00
 JAN     49.47                                          156.78-           49.47
 FEB     49.47                                          107.31-           98.94
 MAR     49.47                                           57.84-          148.41
 APR     49.47                                            8.37-          197.88
 MAY     49.47                                           41.10           247.35
 JUN     49.47                                           90.57           296.82
 JUL     49.47                                          140.04           346.29

        THE EXPECTED AMOUNT IN YOUR ESCROW ACCOUNT IS         140.07 . YOUR
        STARTING BALANCE ACCORDING TO THIS ANALYSIS SHOULD BE    346.32 .
```

THIS MEANS YOU HAVE A SHORTAGE OF        206.25.   THIS SHORTAGE MAY
BE COLLECTED FROM YOU OVER A PERIOD OF 12 MONTHS OR MORE UNLESS THE
SHORTAGE IS LESS THAN 1 MONTHS DEPOSIT, IN WHICH CASE WE HAVE THE
OPTION OF REQUESTING PAYMENT WITHIN 30 DAYS. WE HAVE DECIDED TO
COLLECT IT OVER 12 MONTHS.

YOUR    MONTHLY    MORTGAGE PAYMENT FOR THE COMING YEAR WILL BE
         481.00 OF WHICH       414.34 WILL BE FOR PRINCIPAL AND
INTEREST AND        49.47 WILL GO INTO YOUR ESCROW ACCOUNT.

NEW PAYMENT INFORMATION
    PRINCIPAL AND INTEREST              414.34
    ESCROW PAYMENT                       49.47
    OVER/SHORT SPREAD                    17.19
                                    ----------------
NEW PAYMENT EFFECTIVE 08/01/19          481.00

KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR
ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.

53429
4473

# UNITED STATES BANKRUPTCY COURT

## Certificate of Service

I hereby certify that I have served a copy of the foregoing **Notice of Mortgage Payment Change** was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date: _6-5-19_

| | |
|---|---|
| Debtor 1 Name: | IVETTE PEREZ DE JESUS |
| Debtor 2 Name: | |
| Debtor's Mailing Address: | NEW CENTER PLAZA 210 C JOSE OLIVER 510 SAN JUAN, PR 00918 |

**MARTINEZ & TORRES LAW OFFICES, P.S.C.**
P.O. Box 192938 San Juan, PR 00919-2938
Tel. (787) 767-8244 & Fax (787) 767-1183

**/s/ Patricia I. Varela Harrison**
By: Patricia I. Varela Harrison
USDC -PR 224802
pvarela@martineztorreslaw.com